NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**DOROTHEA BARNES,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

_____

2014-3058

_____

Petition for review of the Merit Systems Protection Board in No. DC-0752-13-0025-I-1.

_____

**ON MOTION**

_____

**O R D E R**

Dorothea Barnes moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                                    BARNES v. MSPB


                                    FOR THE COURT

                                    /s/ Daniel E. O'Toole
                                    Daniel E. O'Toole
                                    Clerk of Court

s24